# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-1023
_____

David H. Jacob

*Plaintiff - Appellant*

v.

Rosalyn Cotton, Chairperson, Nebraska Board of Parole; Mark T. Langan, Member, Nebraska Board of Parole; Robert Twiss, Member, Nebraska Board of Parole; Layne Gissler, Member, Nebraska Board of Parole; Virgil J. Patlan, Member, Nebraska Board of Parole

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: September 29, 2023
Filed: October 6, 2023
[Unpublished]
_____

Before BENTON, KELLY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Nebraska inmate David Jacob appeals following the district court's[1] adverse grant of summary judgment in his pro se 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper. See Morris v. Cradduck, 954 F.3d 1055, 1058 (8th Cir. 2020) (grant of summary judgment is reviewed de novo). We also conclude that the district court did not abuse its discretion in denying Jacob leave to amend the complaint. See Pinson v. 45 Dev., LLC, 758 F.3d 948, 951 (8th Cir. 2014) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska, now retired.